IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-10-373 |
| | § | |
| NATHANIEL SHOULDERS, JR. | § | |

**O R D E R**

This court signed an order issuing a warrant for the arrest of the defendant on April 10, 2012 for a pretrial violation. Since the warrant was issued the defendant has surrendered himself to the Bureau of Prisons and has begun serving his sentence. The warrant is hereby vacated.

SIGNED on May 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge